**EXHIBIT 1**

**ANDREY ANIKEYEV**
**1086 ARCADIAN WAY**
**FORT LEE, NEW JERSEY 07024**

August 5, 2013

Honorable J. Paul Oetkin
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Oetkin,

My name is Andrey Anikeyev, and I am the defendant in a criminal case pending before Your Honor. I wish to state to Your Honor that I am very sorry for my actions that bring me to your Court. My actions have caused a great deal of pain to my family for which I am truly sorry. The stigma of this case will follow me for the rest of my life. Your Honor I have a wonderful family and my wife Valentina, whom I met in high school, is providing tremendous emotional support to me during the pendency of this case. We have three sons Alan 19, Nicolas 10 and Daniel 5. My family is all I have and it hurts me so much to realize that I let them down. Not only have I embarrassed and brought shame to myself, but I have also brought shame to my wife and children. This is a fact I will have to live with for the rest of my life.

I came to this country from Russia at the age of 19 years old. My wife was already pregnant with our first child. When we arrived in United States, we did not speak the language, and we did not have a lot of money. Since my wife was pregnant I had to find work with limited knowledge of the English language. I found a job to be an electrician's assistant during the day and a janitor by night. It was very difficult for us to survive as we did not have the support of our parents at that time.

I understand that the charges I pled guilty to are serious and carry a significant punishment. On September 5, 2013 Your Honor will pronouncing my sentence and I am fully prepared to face the consequences of my actions that bring me into your courtroom. I ask Your Honor to balance all the good

1

things I have done in my life against this terrible mistake in judgment that brings me before you.

Very truly yours,

Andrey Anikeyev